RECEIVED
JAN 1 2 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 02/01/07

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| PATRICIA A. WILLIAMS | CIVIL ACTION NO. 05-1747 |
| VS. | JUDGE MELANÇON |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED AND REMANDED** to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Commissioner shall further develop the record to determine whether Williams's schizophrenia limits her ability to do work outside the home. Particular attention shall be paid to Listing 12.03C(2) and (3), to determine whether Williams has a residual disease process that has resulted in such marginal adjustment that even a minimal increase in mental demands or change in the environment would be predicted to cause the individual to decompensate, or whether she has the ability to function outside a highly supportive living arrangement. In order to develop the record, the ALJ shall determine whether it is proper to re-contact Williams's treating physicians, obtain a consultative medical examination from a qualified psychologist or psychiatrist,

and/or obtain the services of a vocational expert to testify at an administrative hearing to determine whether Williams can make the adjustment to work outside the home. Finally, Williams shall be afforded the opportunity to submit additional evidence in support of her claim.

Lafayette, Louisiana this 1st day of February, 2007.

TUCKER L. MELANÇON
**UNITED STATES DISTRICT JUDGE**